1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

**EASTERN DISTRICT OF CALIFORNIA**

10

11

LARRY JOSEPH THOMAS,

No.  1:24-cv-00005 JLT BAM (PC)

12

Plaintiff,

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING PLAINTIFF'S MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS* BE DENIED, AND DIRECTING PLAINTIFF TO PAY THE FILING FEE WITHIN 30 DAYS

13

v.

14

KERN VALLEY STATE PRISON WARDEN, *et al.*,

15

Defendants.

(Docs. 2, 8)

16

17

    Larry Joseph Thomas seeks to proceed *in forma pauperis* in this action.  (Doc. 2.)  The

18

assigned magistrate judge found Plaintiff is subject to the three-strikes bar of 28 U.S.C. §

19

1915(g), after identifying the following cases that were dismissed prior to the filing of this

20

action, for failure to state a claim or as frivolous:

21

    1. *Thomas v. Pelican Bay State Prison*, Case No. 3:11-cv-04359-EMC (N.D. Cal.)
       (dismissed for failure to state a claim on June 18, 2012);

22

23

    2. *Thomas v. Valencia*, Case No. 3:19-cv-00774-BAS-MSB (S.D. Cal.) (dismissed as
       frivolous on August 13, 2019); and

24

    3. *Thomas v. Richard J. Donovan*, Case No. 3:19-cv-02181-JAH-RBB (S.D. Cal.)
       (dismissed for failure to state a claim on August 28, 2020).

25

26

(Doc. 8 at 2.)  The magistrate judge also found Plaintiff fails to show he was in imminent danger

27

of serious physical injury, such that an exception to Section 1915 applies.  (*Id.*) Therefore, the

28

magistrate judge recommended Plaintiff's motion to proceed in forma pauperis be denied and

1  that Plaintiff be ordered to pay the filing fee.  (*Id*. at 3.)

2       Plaintiff filed a document entitled "Objections to the Magistrate Judges (sic) Findings and

3  Recommendations" on February 2, 2024.  (Doc. 11.)  Despite the caption, he states: "Plaintiff is

4  now made willing to be ordered to pay the filing fee costs of $405.00."  (*Id*. at 1.)  Moreover,

5  Plaintiff does not object to—or otherwise respond to—the findings of the magistrate judge that

6  he is subject to the three strikes bar and does not satisfy any exception requirements under

7  Section 1915(g).  (*See id.*)

8       According to 28 U.S.C. § 636(b)(1)(C), this Court performed a *de novo* review of this

9  case. Having carefully reviewed the matter—including Plaintiff's response to the Findings and

10  Recommendations— the Court concludes the Findings and Recommendations are supported by

11  the record and proper analysis.  Thus, the Court **ORDERS**:

12      1.    The Findings and Recommendations issued on January 9, 2024 (Doc. 8), are

13          **ADOPTED** in full.

14      2.    Plaintiff's application to proceed *in forma pauperis* (Doc. 2) is **DENIED**.

15      3.    Plaintiff **SHALL** pay the $405 filing fee in full for this action <u>within 30 days</u> of

16          the date of service of this order.

17      4.    **<u>Plaintiff's is advised the failure to comply with this order will result in</u>**

18          **<u>dismissal of this action.</u>**

19

20  IT IS SO ORDERED.

21    Dated:  **February 9, 2024**

                                UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28