# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY JOSEPH THOMAS,<br><br>           Plaintiff,<br><br>     v.<br><br>KERN VALLEY STATE PRISON WARDEN, *et al.*,<br><br>           Defendants. | No. 1:24-cv-0005 JLT BAM (PC)<br><br>ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO PAY FILING FEE<br><br>(Doc. 12) |

On February 9, 2024, the Court ordered Plaintiff to pay the filing fee in full within 30 days. (Doc. 12.)  Despite the Court's warning that failure to pay as ordered would result in dismissal of the action (*id.* at 2), Plaintiff failed to pay the filing fee.  Without such payment, the action cannot proceed before the Court at this time.  Thus, the Court **ORDERS**:

1. The action is **DISMISSED** without prejudice for failure to pay the filing fee.
2. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **March 27, 2024**

UNITED STATES DISTRICT JUDGE